AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| EUGENE WILLIAMS | ) | Case No: Criminal No. 99-120 |
| | ) | USM No: Register No. 06856-068 |
| Date of Previous Judgment: 02/08/2001 | ) | Michael J. Novara |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __130__ months **is reduced to** __120 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 30 | Amended Offense Level: | 28 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 97 to 121 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):
  Mr. Williams' sentence is reduced to 120 months due to the application of the 10 year mandatory minimum.

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __02/08/2001__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 6/3/08

Effective Date: 6/13/08
(if different from order date)

_Donetta F. Ambrose_
Judge's signature

DONETTA W. AMBROSE  CHIEF JUDGE
Printed name and title